IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARKEL JASON McDANIEL, )<br>     )<br>     Plaintiff,      )<br>     )<br>     v.     )<br>     )<br>CAM WARD, et al.,     )<br>     )<br>     Defendants.     ) | CIVIL ACTION NO.<br>2:23cv343-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging defendant's failure to reinstate his parole. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of August, 2023.

                                     /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**